FILED'11 JAN 21 13:56USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| GERARDO LOPEZ-ROSALES, | Civ. No. 09-01268-JO |
| Petitioner, | ORDER DISMISSING HABEAS CORPUS PETITION |
| v. | |
| RICK COURSEY, | |
| Respondent. | |

This matter having come before the Court on the motion of the Petitioner to voluntarily dismiss his habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice.

IT IS SO ORDERED this 21st day of December, 2010.

_____
The Honorable Robert E. Jones
United States Magistrate Judge

Submitted by:

/s/ Tonia L. Moro
Tonia L. Moro
Attorney for Petitioner (by consent)